UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIFFANY K. ALLEN

VERSUS

EMPIRE INDEMNITY INSURANCE
COMPANY

CIVIL ACTION

NO. 09-810-JJB-CN

**RULING**

The court has carefully considered defendant's motion to vacate, the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated November 30, 2009 (doc. no. 6).  The plaintiff has filed an objection to the Report which essentially makes the same arguments.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Motion to Remand (doc. no. 5) filed by plaintiff, Tiffany K. Allen, is DENIED.

Baton Rouge, Louisiana, <u>January 7, 2010</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA